**Opinion issued August 6, 2013**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00383-CR

———————————

## IN RE ANDRE RAMON MCCALL, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

On May 7, 2013, the relator, Andre Ramon McCall, filed a petition for writ of mandamus, seeking to compel the trial court to provide him with particular portions of his trial court record.[1]

---

[1] The underlying case is *State v. McCall*, No. 750559, in the 351st District Court of Harris County, Texas, the Honorable Mark Kent Ellis presiding.

We **deny** the petition for writ of mandamus.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Bland.

Do not publish.   TEX. R. APP. P. 47.2(b).